# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN D. WILSON,** | : | **CIVIL ACTION NO. 1:07-CV-1301** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **CATHERINE MCVEY, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of August, 2007, upon consideration of *pro se* plaintiff's motion (Doc. 6) for appointment of counsel, and it appearing that resolution of the plaintiff's First and Fourteenth Amendment claims neither implicate complex legal or factual issues nor require significant factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 6) is DENIED. See Parham v. Johnson, 126 F.3d 454, 456-57 (3d Cir. 1997) (holding that prisoners have no constitutional or statutory rights to appointment of counsel in a civil case). If further proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon motion of plaintiff. See Tabron, 6 F.3d at 156.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge