# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN D. WILSON,** | : CIVIL ACTION NO. 1:07-CV-1301 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **CATHERINE MCVEY,** *et al.*, | : |
| Defendants | : |

## ORDER TO COMPEL

AND NOW, this 2nd of January, 2008, upon consideration of *pro se* plaintiff's motion to compel discovery (Doc. 20) and plaintiff's brief in support thereof filed November 23, 2007, and the court observing that defendants failed to oppose the motion within the allotted time, see L.R. 7.6 (stating that a party must file a brief in opposition within fifteen days of the brief in support or will be "deemed not to oppose such motion"), and that the court ordered defendants to file a brief in opposition on or before December 27, 2007 or the motion would be deemed unopposed (see Doc. 24); see also L.R. 7.6, and it appearing that as of the date of this order defendants have failed to respond to plaintiff's motion, it is hereby ORDERED that:

1. Plaintiff's motion to compel discovery (Doc. 20) is GRANTED as unopposed. Defendants shall respond to the interrogatories contained in paragraph 6 of plaintiff's motion (Doc. 20) on or before February 1, 2008.

2. Failure to comply with the preceding paragraph may result in the imposition of sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 37(b)(2); see also L.R. 83.3.1.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge