IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN D. WILSON,** | : | **CIVIL ACTION NO. 1:07-CV-1301** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **CATHERINE MCVEY,** *et al.*, | : | |
| Defendants | : | |

### ORDER

AND NOW, this 25th day of January, 2008, upon consideration of plaintiff's motion for sanctions (Doc. 26) pursuant to Rule 9 of the Federal Rules of Civil Procedure, and it appearing that plaintiff's motion is based upon alleged defects in the accuracy of defendants' discovery responses, (see Doc. 27 ¶¶ 5-6), and the court noting that plaintiff will have the opportunity to impeach defendants' responses through further pre-trial and trial proceedings, and that Rule 9 of the Federal Rules of Civil Procedure governs pleading standards and contains no provision authorizing the court grant the requested relief, it is hereby ORDERED that the motion (Doc. 26) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge